UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 89CR0439-IEG |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER OF DISMISSAL OF INDICTMENTS AND |
| BENJAMIN ARRELLANO-FELIX(5), JUAN FRANCISCO-MEDINA(14), FLORENCIA NUNEZ(16), MARCO ANTONIO ALBA-MARTINEZ(20), VICTORIANO MENDOZA-MARTINEZ(28), | ) ) ) ) ) ) ) | RECALL ARREST WARRANTS AND JUDGMENT |
| Defendants. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictments in the above entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

**DATED: August 17, 2012**

                                                **IRMA E. GONZALEZ**
                                                **United States District Judge**